UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN HUPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) Case No. 1:22-CV-00852 |
| | ) |
| HARBOR FREIGHT | ) |
| TOOLS, USA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Harbor Freight Tools, USA, Inc. ("Harbor Freight"), by counsel, and pursuant to 28 U.S.C. §1441, respectfully removes this matter to the United States District Court for the Southern District of Indiana. The grounds for removal are:

1. On March 24, 2022, Plaintiff Steven Hupp filed a civil action against Harbor Freight in the Monroe County Circuit Court entitled *Steven Hupp v. Harbor Freight Tools, USA, Inc*, Cause No. 53C06-2203-CT-000579.

2. Plaintiff's Summons and Complaint for Damages were served on Harbor Freight on April 1, 2022.

3. Attached hereto as Exhibit 1 are true and accurate copies of the following documents filed in the Monroe County Circuit Court:

   (a) Plaintiff's Complaint for Damages with Jury Request;

   (b) Plaintiff's Appearance;

   (c) Summons to Defendant;

   (d) Return of Service for Defendant;

    (e) Defendant's Appearance;

    (f) Defendant's Jury Request;

    (g) Defendant's Motion for Extension of Time to Answer Complaint;

    (h) Court's Order Granting Defendant's Motion for Extension of Time;

    (i) Plaintiff's Motion for Mediation Order

    (j) Plaintiff's Motion for a Trial Date;

    (k) Plaintiff's Motion for a Pre-Trial Conference; and

    (l) Court's Order Granting Motion for Pre-Trial Conference.

  4. This Notice of Removal is filed within thirty (30) days of the date of service of the Summons and Complaint for Damages pursuant to 28 U.S.C. §1441(b) and is therefore timely.

  5. There is complete diversity of citizenship between the parties.

  6. Upon information and belief, at the time this action was commenced, the Plaintiff was a resident of Monroe County, Bloomington, Indiana.

  7. The Defendant was, at the time this action was commenced, and continues to be a company incorporated and existing under the laws of the State of Delaware with its principal place of operation in the State of California.

  8. The Plaintiff has not made a demand in this case nor has the Plaintiff produced damage documentation in this case. However, on April 15, 2022, Eric Valencia, Claims Specialist for the Defendant, spoke with a paralegal at the Plaintiff's counsel's law office. Mr. Valencia was told the following about the Plaintiff's medical injuries and treatment being claimed in this litigation against the Defendant:

- The Plaintiff had suffered a blood blister and hematoma to his leg;

- The injuries caused a loss of blood flow to the hip;
- That the Plaintiff underwent a surgical procedure (Vacuum Assisted Closure) to remove the hematoma from his leg: and
- That the Plaintiff's medical expenses were currently $48,000.00 and
- The Plaintiff was still treating for his injuries.

9. Further, the Plaintiff's Complaint for Damages alleges that the Plaintiff suffered "serious"[1] and "permanent"[2] injuries. The Plaintiff's Complaint for Damages further alleges that the Plaintiff has "incurred medical expenses and other special damages, and will incur future medical expenses, lost wages and other special expenses"[3] as a result of the injuries sustained.

10. As a result of the foregoing, as of the date of the filing of this Notice, Defendant has a reasonable basis to believe that the amount in controversy exceeds $75,000 exclusive of interests and costs.

11. Based on the preceding facts, this Court has original subject matter authority over this case pursuant to 28 U.S.C §1332, and this case is therefore properly removable to this Court pursuant to 28 U.S.C. §1441 and §1446.

12. At the time of this filing, Defendant has also filed a true and correct copy of this Notice of Removal with the Monroe County Circuit Court 6 and has served the same upon Plaintiff as required by 28 U.S.C. §1446(d).

13. The Defendant requests removal of this case from the Monroe County Circuit Court.

---

[1] Complaint for Damages, Rhetorical paragraph 2
[2] Complaint for Damages, Rhetorical paragraph 8
[3] Complaint for Damages, Rhetorical Paragraph 10

WHEREFORE, Defendant respectfully requests that the above-described action pending in the Monroe County Circuit Court be removed therefrom to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

*/s/Kimberly E. Howard*
Kimberly E. Howard, #16075-49

FISHER MAAS HOWARD LLOYD
 & WHEELER, PC
9765 Randall Drive, Suite F
Carmel, IN 46280
Telephone No.: (317) 578-1900
Facsimile No.: (317) 578-1330
e-mail address: khoward@fishermaas.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I served a copy of the following by First Class, U.S. Mail, postage pre-paid, by email to the following:

Daniel Gore
Kenn Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com
*Attorney for Plaintiff*

Clerk
Monroe County Circuit Court 6
301 N College Ave
Bloomington, IN 47404

*/s/Kimberly E. Howard*
Kimberly E. Howard