Filed: 3/24/2022 2:32 PM
Clerk
Monroe County, Indiana
Monroe Circuit Court 6

STATE OF INDIANA        )         IN THE MONROE CIRCUIT COURT

                    ) SS:

COUNTY OF MONROE     )         CAUSE NO.   53C06-2203-CT-000579

STEVEN HUPP

     VS.

HARBOR FREIGHT TOOLS USA, INC.

## COMPLAINT FOR DAMAGES

Comes now the plaintiff, Steven Hupp, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Harbor Freight Tools USA, Inc., alleges and says:

1. That on or about January 4, 2022, the plaintiff, Steven Hupp, was a customer at the Harbor Freight store located at 2511 W. 3rd Street in Bloomington, Monroe County, Indiana.

2. That on or about January 4, 2022, the plaintiff, Steven Hupp, tripped and fell over uneven brick pavers outside said location, causing the plaintiff to suffer serious injuries.

3. That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

4. That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5. That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6. That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

7. That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.     That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.     That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.     That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:     *s/ Daniel Gore*
        Daniel Gore, #31322-53
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: dgore@kennunn.com

-3-

## **REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY:   *s/ Daniel Gore*_____
        Daniel Gore, #31322-53
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: dgore@kennunn.com

Daniel Gore, #31322-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Filed: 3/24/2022 2:32 PM
Clerk
Monroe County, Indiana
Monroe Circuit Court 6

53C06-2203-CT-000579

## <u>APPEARANCE FORM (CIVIL)</u>
### Initiating Party

|  |  |
|---|---|
| CAUSE NO: |  |
| 1.    Name of first initiating party | Steven Hupp<br>141 Gilmer Lane<br>Spencer, IN  47460 |
| 2.    Telephone of pro se initiating party | NA |
| 3.    Attorney information (as applicable for service of process) | Daniel Gore #31322-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:            812 331-5321<br>Email:  dgore@kennunn.com |
| 4.    Case type requested | CT (Civil Tort) |
| 5.    Will accept FAX service | YES |
| 6.    Are there related cases | NO |
| 7.    Additional information required by State or Local Rules |  |
| Continuation of Item 1 (Names of initiating parties) | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) |  |

  s/Daniel Gore
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT COURTS FOR THE COUNTY OF MONROE
STATE OF INDIANA
P. O. BOX 547
BLOOMINGTON, INDIANA  47402
TELEPHONE 812 349-2614

Steven Hupp

                    Plaintiff(s)

            VS.                             No.   53C06-2203-CT-000579

Harbor Freight Tools USA, Inc.

                    Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Harbor Freight Tools USA, Inc., c/o Corporate Creations Network Inc., 8520 Allison Pointe Blvd #220, Indianapolis, IN, 46250**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 3/24/2022

                                          CLERK, MONROE CIRCUIT COURTS

DANIEL GORE, #31322-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2022.

                                          _____
                                          SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX        By certified or registered mail with return receipt to above address.

☐         By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐         By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐         By serving his agent as provided by rule, statute or valid agreement, to-wit:

                    KEN NUNN LAW OFFICE

                    BY:   /s/ DANIEL GORE
                          ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2022.

_____
CLERK, MONROE CIRCUIT COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the __ day of _____, 2022, which copy is attached herewith.

_____
CLERK, MONROE CIRCUIT COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022 , and I did deliver said summons and a copy of the complaint to the Sheriff of Monroe County, Indiana.

Dated this __ day of _____, 2022 .

_____
CLERK, MONROE CIRCUIT COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.
1. By mailing a copy of the summons and complaint personally to _____ address _____ _____ .
2. By delivering a copy of summons and complaint personally to _____ .
3. By leaving a copy of the summons and complaint at _____ th e dwelling house or usual place of abode of defendant:_____(Nam e of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____ .
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2022

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____ .
2. By leaving on the __ day of _____, 2022 for each of the within named defendant(s)_____ _____, a c opy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a p erson of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ an d by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).
All done in Monroe County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

**UNITED STATES**
**POSTAL SERVICE**™

Mailer: Ken Nunn Law Office

Date Produced: 04/04/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8371 0255 05. Our records indicate that this item was delivered on 04/01/2022 at 10:23 a.m. in INDIANAPOLIS, IN 46250. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

HARBOR FREIGHT TOOLS USA INC
C/O: CORPORATE CREATIONS NETWORK INC
STE 220
8520 ALLISON POINTE BLVD
INDIANAPOLIS IN 46250-4299

Customer Reference Number:        C3319873.19380930

Return Reference Number          Steven Hupp

USPS MAIL PIECE TRACKING NUMBER:   4204625092148901940383710255505

MAILING DATE:     03/28/2022
DELIVERED DATE:   04/01/2022
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

    HARBOR FREIGHT TOOLS USA INC
    C/O: CORPORATE CREATIONS NETWORK INC
    STE 220
    8520 ALLISON POINTE BLVD
    INDIANAPOLIS IN 46250-4299


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 03/28/2022 10:21 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 03/29/2022 22:29 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 03/29/2022 23:44 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/31/2022 20:10 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46241 |
| 04/01/2022 10:23 | DELIVERED LEFT WITH INDIVIDUAL | INDIANAPOLIS,IN 46250 |

STATE OF INDIANA      )      IN THE MONROE COUNTY CIRCUIT COURT
                        ) SS
COUNTY OF MONROE     )      CAUSE NO. 53C06-2203-CT-000579

STEVEN RUPP,         )
                     )
       Plaintiff,      )
                     )
v                    )
                     )
HARBOR FREIGHT      )
TOOLS, USA, INC.,     )
                     )
       Defendant.     )

## APPEARANCE OF KIMBERLY E. HOWARD ON BEHALF OF DEFENDANT HARBOR FREIGHT TOOLS, USA, INC.

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating _____       Responding _X_       Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party  **HARBOR FREIGHT TOOLS, USA, INC.**          

2. Attorney information for service as required by Trial Rule 5(B)(2)

   KIMBERLY E. HOWARD      Attorney Number:  16075-49

   FISHER MAAS HOWARD LLOYD
      & WHEELER, PC
   9765 Randall Drive, Suite F
   Carmel, IN 46280
   Telephone No.: (317) 578-1900
   Facsimile No.: (317) 578-1330
   e-mail address: khoward@fishermaas.com

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:
>    FAX at the above noted number:  No X
>    Email at the above noted number:  Yes X

5. This case involves child support issues. No X *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  No X *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

>    _____    Attorney's address
>    _____    The Attorney General Confidentiality program address
>                 (contact the Attorney General at 1-800-321-1907 or e-mail
>                 address is confidential@atg.in.gov).
>
>    _____    Another address (provide)
>    _____

7. This case involves a petition for involuntary commitment.  No X

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

>    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____
>
>    b.  State of Residence of person subject to petition: _____
>
>    c.  At least one of the following pieces of identifying information:
>        (i)   Date of Birth _____
>        (ii)  Driver's License Number _____
>              State where issued _____ Expiration date _____
>        (iii) State ID number _____
>              State where issued _____ Expiration date _____
>        (iv)  FBI number _____
>        (v)   Indiana Department of Corrections Number _____
>        (vi)  Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9. There are related cases: No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:  None

11. There are other party members: No  X *(If yes, list on continuation page.)*

Respectfully submitted,

*/s/Kimberly E. Howard*
Kimberly E. Howard, #16075-49

FISHER MAAS HOWARD LLOYD
 & WHEELER, PC
9765 Randall Drive, Suite F
Carmel, IN 46280
Telephone No.: (317) 578-1900
Facsimile No.: (317) 578-1330
e-mail address: khoward@fishermaas.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022, I electronically **filed** this document using the Indiana E-Filing System (IEFS) and served the same upon the following person(s) via IEFS:

Daniel Gore
Kenn Nunn Law Office
dgore@kennunn.com
Attorney for Plaintiff

*/s/Kimberly E. Howard*
Kimberly E. Howard

STATE OF INDIANA          )          IN THE MONROE COUNTY CIRCUIT COURT
                          ) SS
COUNTY OF MONROE          )          CAUSE NO. 53C06-2203-CT-000579

STEVEN RUPP,              )
                          )
     Plaintiff,         )
                          )
v                         )
                          )
HARBOR FREIGHT            )
TOOLS, USA, INC.,         )
                          )
     Defendant.         )

## DEFENDANT HARBOR FREIGHT TOOLS, USA, INC.'S JURY TRIAL REQUEST

     Comes now Defendant, Harbor Freight Tools, USA, Inc., by counsel, and requests that this case be tried by a jury.

                   Respectfully submitted,

                   */s/Kimberly E. Howard*
                   Kimberly E. Howard, #16075-49

FISHER MAAS HOWARD LLOYD
 & WHEELER, PC
9765 Randall Drive, Suite F
Carmel, IN 46280
Telephone No.: (317) 578-1900
Facsimile No.: (317) 578-1330
e-mail address: khoward@fishermaas.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022, I electronically **filed** this document using the Indiana E-Filing System (IEFS) and served the same upon the following person(s) via IEFS:

Daniel Gore
Kenn Nunn Law Office
dgore@kennunn.com
Attorney for Plaintiff

                   */s/Kimberly E. Howard*
                   Kimberly E. Howard

Filed: 4/22/2022 12:51 PM
Monroe Circuit Court 6
Monroe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE COUNTY CIRCUIT COURT |
| | ) SS | |
| COUNTY OF MONROE | ) | CAUSE NO. 53C06-2203-CT-000579 |

| | |
|---|---|
| STEVEN RUPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) |
| | ) |
| HARBOR FREIGHT | ) |
| TOOLS, USA, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT HARBOR FREIGHT TOOLS, USA, INC.'S MOTION FOR AUTOMATIC ENLARGEMENT OF TIME

Comes now Defendant, Harbor Freight Tools, USA, Inc., by counsel, and hereby notifies the Court that the Defendant hereby executes its right to an automatic enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including **May 25, 2022,** and in support thereof would show the Court as follows:

1. That Plaintiff's Complaint for Damages was filed on March 24, 2022.

2. That a response to Plaintiff's Complaint for Damages is due on or about April 25, 2022, and said time has not expired.

3. That no prior enlargements of time have been requested.

4. That additional time is necessary to enable counsel to confer with her client, review the facts, and prepare an appropriate response.

5. This Notice is filed pursuant to LR 53, 204(A).

WHEREFORE, Defendant, Harbor Freight Tools, USA, Inc., by counsel, exercises its right for an automatic enlargement of time of thirty (30) days in which to answer or otherwise

respond to Plaintiffs' Complaint for Damages, up to and including **May 25, 2022,** and for all

other just and proper relief in the premises.

Respectfully submitted,

*/s/Kimberly E. Howard*
Kimberly E. Howard, #16075-49

FISHER MAAS HOWARD LLOYD
 & WHEELER, PC
9765 Randall Drive, Suite F
Carmel, IN 46280
Telephone No.: (317) 578-1900
Facsimile No.: (317) 578-1330
e-mail address: khoward@fishermaas.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022, I electronically **filed** this document using the Indiana E-Filing
System (IEFS) and served the same upon the following person(s) via IEFS:

Daniel Gore
Kenn Nunn Law Office
dgore@kennunn.com
Attorney for Plaintiff

*/s/Kimberly E. Howard*
Kimberly E. Howard

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE COUNTY CIRCUIT COURT |
| | ) SS | |
| COUNTY OF MONROE | ) | CAUSE NO. 53C06-2203-CT-000579 |

| | |
|---|---|
| STEVEN RUPP, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v | ) |
| | ) |
| HARBOR FREIGHT | ) |
| TOOLS, USA, INC., | ) |
| | ) |
|     Defendant. | ) |

## <u>ORDER GRANTINGDEFENDANT HARBOR FREIGHT TOOLS, USA, INC.'S MOTION FOR AUTOMATIC ENLARGEMENT OF TIME</u>

This matter came before the Court upon the Defendant's Motion for Automatic Enlargement of Time, and the Court having considered said Motion and things and matters contained therein and being duly advised in the premises, hereby grants the same.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant be, and hereby is, granted an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including May 25, 2022.

SO ORDERED, this _____ day of **April 22, 2022** _____, 2022.

_____

JUDGE, Monroe County Circuit Court 6

Copies:

| | |
|---|---|
| Kimberly E. Howard, #16075-49 | Daniel Gore |
| FISHER MAAS HOWARD LLOYD | Kenn Nunn Law Office |
|  & WHEELER, PC | dgore@kennunn.com |
| khoward@fishermaas.com | Attorney for Plaintiff |
| Attorney for Defendant | |

STATE OF INDIANA       )        IN THE MONROE CIRCUIT COURT
                             ) SS:
COUNTY OF MONROE       )        CAUSE NO. 53C06-2203-CT-000579

STEVEN HUPP

    VS.

HARBOR FREIGHT TOOLS USA, INC.

## MOTION FOR MEDIATION ORDER

      Comes now the plaintiff, by counsel, Daniel Gore, and respectfully requests that the Court enter an Order requiring the parties to mediate this case.

                  Respectfully submitted,
                  KEN NUNN LAW OFFICE

          By:     */s/ Daniel Gore*_____
                  Daniel Gore, #31322-53
                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of April, 2022 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Kimberly E. Howard
Fisher Maas Howard Lloyd & Wheeler, PC
9765 Randall Dr.
Suite F
Indianapolis, IN  46280

                  Respectfully submitted,
                  KEN NUNN LAW OFFICE

          By:     */s/ Daniel Gore*_____
                  Daniel Gore, #31322-53
                  Attorney for Plaintiff

Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451

STATE OF INDIANA       )       IN THE MONROE CIRCUIT COURT
      ) SS:
COUNTY OF MONROE       )       CAUSE NO. 53C06-2203-CT-000579

STEVEN HUPP

      VS.

HARBOR FREIGHT TOOLS USA, INC.

## **MOTION FOR TRIAL DATE**

      Comes now the plaintiff, by counsel, Daniel Gore, and respectfully requests as follows:

      1.       That this matter be set for jury trial.

      2.       That the date be established by the Court at the telephonic pre-trial conference

      that is being requested simultaneously with the filing of this Motion.

Respectfully submitted,
KEN NUNN LAW OFFICE

By:     */s/ Daniel Gore*_____
Daniel Gore, #31322-53
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2022 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Kimberly E. Howard
Fisher Maas Howard Lloyd & Wheeler, PC
9765 Randall Dr.
Suite F
Indianapolis, IN  46280

Respectfully submitted,
KEN NUNN LAW OFFICE

By:     */s/ Daniel Gore*_____
Daniel Gore, #31322-53
Attorney for Plaintiff

Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451

Filed: 4/26/2022 1:07 PM
Monroe Circuit Court 6
Monroe County, Indiana

STATE OF INDIANA        )            IN THE MONROE CIRCUIT COURT
                            ) SS:
COUNTY OF MONROE     )            CAUSE NO. 53C06-2203-CT-000579

STEVEN HUPP

     VS.

HARBOR FREIGHT TOOLS USA, INC.

## MOTION FOR PRE-TRIAL CONFERENCE

     Comes now the plaintiff, by counsel, Daniel Gore, and respectfully requests the

Court to set a telephonic pre-trial conference in this cause of action, in order to set

appropriate trial deadlines.

Respectfully submitted,
KEN NUNN LAW OFFICE

By:   */s/ Daniel Gore*
Daniel Gore, #31322-53
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2022 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Kimberly E. Howard
Fisher Maas Howard Lloyd & Wheeler, PC
9765 Randall Dr.
Suite F
Indianapolis, IN  46280

Respectfully submitted,
KEN NUNN LAW OFFICE

By:   */s/ Daniel Gore*
Daniel Gore, #31322-53
Attorney for Plaintiff

Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451

STATE OF INDIANA          )               IN THE MONROE CIRCUIT COURT
                                 ) SS:
COUNTY OF MONROE      )               CAUSE NO. 53C06-2203-CT-000579

STEVEN HUPP

     VS.

HARBOR FREIGHT TOOLS USA, INC.

## ORDER GRANTING MOTION FOR PRE-TRIAL CONFERENCE

Comes now the plaintiff, by counsel, Daniel Gore, and files Motion for a telephonic Pre-Trial Conference in order to set appropriate trial deadlines.

And the Court having considered such motion and being otherwise duly advised in the premises now grants same.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this matter be set for a telephonic pre-trial conference on the **2nd** day of _____**June**_____, 20**22** at **9:15** o'clock **a**.m. Plaintiff's counsel will initiate the call.

**ALL OF WHICH IS ORDERED** **26th** day of _____**April**_____, **2022**,

_____
Judge

DISTRIBUTE TO:
Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404

Kimberly E. Howard
Fisher Maas Howard Lloyd & Wheeler, PC
9765 Randall Dr.
Suite F
Indianapolis, IN  46280